JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SCHERER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WEST VALLEY AUTO CENTER, LLC, a California Limited Liability Company;<br>ALFONSO GARCIA LUJAN; and Does 1-10,<br><br>　　　　Defendants. | Case: CV 16-819-GW(SPx)<br><br>**ORDER** |

### ORDER

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: June 8, 2016   　　_[signature]_

　　　　　　　　　　　　HONORABLE GEORGE H. WU
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1

Joint Stipulation for Dismissal　　　　　　Case: 2:16-CV-00819-GW-SP